NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CONSUELO VALDIVIEZ, DOC # H11693,    )
                                     )
            Appellant,               )
                                     )
v.                                   )            Case No. 2D18-3963
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____)

Opinion filed July 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle, Judge.

Consuelo Valdiviez, pro se.


PER CURIAM.


                Affirmed.


NORTHCUTT, KELLY, and BADALAMENTI, JJ., Concur.